**E-FILED**
Thursday, 24 January, 2013  02:49:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BRICKLAYERS and ALLIED CRAFTWORKERS INTERNATIONAL LOCAL UNION NO. 8 OF ILLINOIS, | ) ) ) ) |
| and | ) ) |
| CENTRAL ILLINOIS BRICKLAYERS HEALTH & WELFARE PROGRAM OF THE SOUTHWEST ILLINOIS BRICKLAYERS HEALTH & WELFARE FUND, JACK HUGHEY, JOHN D. MOORE, DENNIS R. HUMMERT, ED JACOBS, JEFF BECKER, RODNEY VASQUEZ, MARK VASQUEZ, and GREG SCHNIERS, Trustees, and | ) ) ) ) ) ) ) ) ) ) ) ) |
| BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION PLAN, EUGENE GEORGE, MATTHEW AQUILINE, GREGORY R. HESS, FRED KINATEDER, WILLIAM McCONNELL, ROBERT HOOVER, JOHN TRENDELL, JAMES BOLAND, JOHN FLYNN, KEN LAMBERT, GERARD SCARANO, HENRY KRAMER, GERARD O'MALLEY, TIM DRISCOLL, Trustees, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| and | ) ) |
| BRICKLAYERS LOCAL #8 OF ILLINOIS AND EMPLOYERS PENSION PLAN, DANIEL W. MCCALL, GREGORY A. PETRY, DAVID TOENJES, JAMES BLANEY, ROBERT ALDRIDGE, WILLIAM O'KANE, EDGAR HUMM, JR., LARRY KNOUS, STEVEN MORTHOLE, KURT BAUM, TRAVIS BAKER, and VAUGHN RENFRO, Trustees, | ) ) ) ) ) ) ) ) ) ) ) ) ) |

and                             )
)
BRICKLAYERS SPRINGFIELD    )
CHAPTER APPRENTICESHIP     )
TRAINING PROGRAM, MARK      )
LANDERS, LESTER MASON, JOE   )
HILDEBRANDT, STEVE BAPTIST,  )
FRED BRANT, Trustees,         )
)
and                             )
)
SPRINGFIELD CHAPTER        )
BRICKLAYERS, STONE MASONS, TILE )
AND MARBLE SETTERS, CLEANERS,  )
POINTERS AND CAULKERS,     )
TERRAZZO AND MOSAIC WORKERS )
UNION SAVINGS FUND,        )
)
and                             )
)
INTERNATIONAL MASONRY     )
INSTITUTE, JAMES BOLAND, FRED  )
KINATEDER, JIM ALLEN, MATTHEW )
AQUILINE, TED CHAMP, BRUCE   )
DEXTER, TIM DRISCOLL, EUGENE  )
GEORGE, GREGORY HESS, ROBERT  )
HOOVER, MARK KING, HENRY    )
KRAMER, KEN KUDELA, DAN     )
KWIATKOWSKI, WILLIAM       )
McCONNELL, JIM O'CONNOR,    )
CHARLES RASO, MARK ROSE, KEVIN )
RYAN, GERARD SCARANO, MICHAEL )
SCHMERBECK, JOSEPH SPERANZA,  )
JEREMIAH P. SULLIVAN, JR.,     )
RICHARD E. TOLSON, and JOHN   )
TRENDELL, Trustees,          )
)
      Plaintiffs,               )
)
      v.                        )
)
EDDINGTON COMPANY, L.L.C.    )
)
      Defendant.            )

## **COMPLAINT**

COME NOW Plaintiffs, by and through their attorneys, and allege and state as follows:

1.     Jurisdiction of this cause of action and the parties hereto is conferred upon this Court by subsections (a), (b) and (c) of Section 301 of the Labor Management Relations Act of 1947, as amended (29 U.S.C. §185).

2.     Jurisdiction of this cause of action and the parties hereto is conferred upon this Court by Sections 502(e)(1) and 502(f) of the Employee Retirement Income Security Act of 1974, P.L. 93-506, 29 U.S.C. §1132(e)(1) and (f), sometimes hereinafter referred to as "ERISA."

3.     Plaintiff Bricklayers and Allied Craftworkers International Union Local 8 of Illinois (hereinafter "the Union") is an unincorporated association comprised of persons in the general business of masonry and brick construction and repair and is a labor organization within the meaning of Section 2(5) of the Labor Management Relations Act of 1947, as amended (29 U.S.C. §152), representing employees in an industry affecting commerce within the meaning of Section 301 of the Labor Management Relations Act of 1947, as  amended, (29 U.S.C. §185).

4.     Plaintiff Central Illinois Bricklayers Health & Welfare Program of the Southwest Illinois Bricklayers Health & Welfare Fund (hereinafter "the Welfare Fund") is an employee benefit plan within the meaning of Section 3(3) and Section 502(d)(1) of ERISA and is a multiemployer plan within the meaning of Section 3(37)(A) of ERISA. Plaintiffs Jack Hughey, John D. Moore, Dennis R. Hummert, Ed Jacobs, Jeff Becker, Rodney Vasquez, Mark Vasquez, and Greg Schniers are the members of the Joint Board

of Trustees of the Welfare Fund, which Board administers said Welfare Fund and as such are fiduciaries within the meaning of Section 502(a) and Section 502(d)(1) of ERISA.

5.     Plaintiff Bricklayers & Trowel Trades International Pension Fund (hereinafter the "International Pension Plan") is an employee benefit plan within the meaning of Section 3(3) and Section 502(d)(1) of ERISA and is a multiemployer plan within the meaning of Section 3(37)(A) of ERISA.  Plaintiffs James Boland, Gerard Scarano, Henry Kramer, Gerald O'Malley, Tim Driscoll, Eugene George, Matthew Aquiline, Gregory R. Hess, Fred Kinateder, William McConnell, Robert Hoover, and John Trendell are the members of the Joint Board of Trustees of the International Pension Plan, which Board administers said Pension Plan and as such are fiduciaries within the meaning of Section 502(a) and Section 502(d)(1) of ERISA.

6.     Plaintiff Bricklayers Local #8 and Employers Pension Plan (hereinafter "the Local Annuity Plan") is an employee benefit plan within the meaning of Section 3(3) and Section 502(d)(1) of ERISA and is a multiemployer plan within the meaning of Section 3(37)(A) of ERISA.  Plaintiffs Daniel W. McCall, Gregory A. Petry, David Toenjes, James Blaney, Robert Aldridge, William M. O'Kane, Edgar Humm, Jr., Larry Knous, Steven Morthole, Kurt Baum, Travis Baker, and Vaughn Renfro are the members of the Joint Board of Trustees of the Local Annuity Plan, which Board administers said Local Annuity Plan and as such, are fiduciaries within the meaning of Section 502(a) and Section 502(d)(1) of ERISA.

7.     Plaintiff Bricklayers Springfield Chapter Apprenticeship Training Program (hereinafter "the Apprentice Training Program") is an employee benefit plan within the meaning of Section 3(3) and Section 502(d)(1) of ERISA and is a

multiemployer plan within the meaning of Section 3(37)(A) of ERISA.  Plaintiffs Mark Landers, Lester Mason, Joe Hildebrandt, Steve Baptist, and Fred Brant are the members of the Joint Board of Trustees of the Apprentice Training Program and as such, are fiduciaries within the meaning of Section 502(a) and Section 502(d)(1) of ERISA.

8.     Plaintiff Springfield Chapter Bricklayers, Stone Masons, Tile and Marble Setters, Cleaners, Pointers and Caulkers, Terrazzo and Mosaic Workers Union Savings Fund (hereinafter "the Vacation Fund") is an employee benefit plan within the meaning of Section 3(3) and Section 502(d)(1) of ERISA and is a multiemployer plan within the meaning of Section 3(37)(A) of ERISA.

9.     Plaintiff International Masonry Institute (hereinafter "IMI") is an employee benefit plan within the meaning of Section 3(3) and Section 502(d)(1) of ERISA and is a multiemployer plan within the meaning of Section 3(37)(A) of ERISA. Plaintiffs James Boland, Fred Kinateder, Jim Allen, Matthew Aquiline, Ted Champ, Bruce Dexter, Tim Driscoll, Eugene George, Gregory Hess, Robert Hoover, Mark King, Henry Kramer, Ken Kudela, Dan Kwiatkowski, William McConnell, Jim O'Connor, Charles Raso, Mark Rose, Kevin Ryan, Gerard Scarano, Michael Schmerbeck, Joseph Speranza, Jeremiah P. Sullivan, Jr., Richard E. Tolson, and John Trendell are the members of the Joint Board of Trustees of the IMI and as such, are fiduciaries within the meaning of Section 502(a) and Section 502(d)(1) of ERISA.

10.     The Union is and was at all times material hereto the collective bargaining representative of all employees in its bargaining unit employed by defendant Eddington Company, L.L.C.

11.     At all material times, defendant Eddington Company, L.L.C. was an Illinois corporation in good standing engaged in the business of masonry and brick construction and repair in Illinois and was at all times material hereto an employer within the meaning of Section 2(2) of the Labor Management Relations Act of 1947, as amended (29 U.S.C. §152).

12.     Defendant Eddington Company, L.L.C. at all times material hereto employed members of the Union in the general business of masonry and brick construction and repair and related activities, and was engaged in activities affecting commerce within the meaning of subsections 2(6) and 2(7) of the Labor Management Relations Act of 1947, as amended (29 U.S.C. §152) and within the meaning of subsection 3(12) of ERISA.

13.     At all relevant times, defendant Eddington Company, L.L.C. has been bound by a collective bargaining agreement with the Union.

14.     The collective bargaining agreement requires defendant Eddington Company, L.L.C. to remit monthly report forms and monthly payments to the plaintiff Funds in specified amounts.  The Local Annuity Plan is administered within the meaning of Section 502(e)(2) of ERISA in Champaign, Illinois, within the boundaries of the United States District Court for the Central District of Illinois, Urbana Division.

15.     The collective bargaining agreement also requires defendant Eddington Company, L.L.C. to pay all costs of collecting delinquent amounts (including court costs, audit fees and attorneys' fees). Interest, penalties and attorneys' fees are also required by Section 502(g)(2) of ERISA (29 U.S.C. §1132(g)(2)).

16.     For the period of May 2011 through October 2012, defendant Eddington Company, L.L.C. owes plaintiffs $4,000.04 in interest and liquidated damages.

17.     Defendant Eddington Company, L.L.C. has failed to submit fringe benefit reports for the period of August 2012 to the present.

18.     The collective bargaining agreement permits plaintiffs to audit the books and records of defendant Eddington Company, L.L.C.

19.     Despite repeated demands, defendant Eddington Company, L.L.C. refused to submit to an audit.

20.     Absent an audit, it is impossible to determine the amounts owed by defendant Eddington Company, L.L.C.

WHEREFORE, plaintiffs pray the Court as follows:

1.     $4,000.04 as and for actual damages sustained by plaintiffs for the period of May 2011 through October 2012, plus all unpaid amounts owed prior to or subsequent to that date, if any;

2.     For an interlocutory order requiring defendant to submit fringe benefit reports for the period of August 2012 to the present;

3.     For an interlocutory order of accounting requiring defendant to submit its books and records to an accountant selected by plaintiffs to determine the amounts owed to plaintiffs during the period of  August 1, 2012 to date;

4.     For a judgment against defendant based upon the findings of the audit;

5.     For an order requiring defendant to make payments in the future to the employee benefit funds in accordance with the terms and provisions of the collective

bargaining agreement, and such collective bargaining agreements as may be negotiated and executed in the future;

6.      For interest, liquidated damages, costs, accounting fees and reasonable attorneys' fees pursuant to 29 U.S.C. §1132(g);

7.      For such other and further relief as the Court may consider appropriate under the circumstances.

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
7730 Carondelet Avenue, Suite 200
St. Louis, Missouri  63105
Phone: (314) 727-1015
Fax:    (314) 727-6804


_____/s/ Michael A. Evans_____
MICHAEL A. EVANS
Attorneys for Plaintiffs


## CERTIFICATE OF SERVICE

The undersigned certifies that on January 24, 2013, the foregoing was electronically filed with the U.S. District Court, and a copy was mailed by certified mail, return receipt requested to the Secretary of Labor, United States Department of Labor, P.O. Box 1914, Washington, D.C.  20013 and to the Secretary of Treasury, United States Treasury, 15th and Pennsylvania Avenue, Washington, D.C.  20220.


_____/s/ Michael A. Evans_____